UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 13-9174-MWF(VBKx)**                                         Dated: **June 8, 2015**

Title:     Mark Roberti -*v*- OSI Systems, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez/Ingrid Valdes | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

| Timothy A. DeLange | Peter A. Wald |
| Matthew P. Jubenville | Anita P. Wu |
| | Michele D. Johnson |

**PROCEEDINGS:**        **SCHEDULING CONFERENCE**

Case called and counsel make their appearance. The Scheduling Conference held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.

**IT IS SO ORDERED.**

Initials of Deputy Clerk  rs
:11 MIN