UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>　　　　　　　Defendants. | Case No.:  2:13-cv-09174-MWF (VBKx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:　　　October 5, 2015<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Michael W. Fitzgerald<br>Courtroom: 1600 |

Upon consideration of the Arkansas State Highway Employees Retirement System's Motion for Class Certification, the Memorandum of Points and Authorities in support thereof, the Declaration of Timothy A. DeLange and exhibits thereto, and all other pleadings and argument submitted to this Court, and for good cause shown,

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), this action is certified as a class action, as follows:

> all persons and entities who purchased or otherwise acquired the common stock of OSI Systems, Inc. between January 24, 2012, and December 6, 2013, inclusive, and were damaged thereby (collectively the "Class").

Excluded from the Class are Defendants, the officers and directors of OSI Systems, Inc., at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

IT IS FURTHER ORDERED that the Arkansas State Highway Employees Retirement System is appointed Class Representative, and Bernstein Litowitz Berger & Grossmann LLP is appointed Class Counsel.

IT IS SO ORDERED.

DATED: _____, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
United Stated District Judge