BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
TIMOTHY A. DELANGE (Bar No. 190768)
timothyd@blbglaw.com
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
BRETT M. MIDDLETON (Bar No. 199427)
brettm@blbglaw.com
MATTHEW P. JUBENVILLE (Bar No. 228464)
matthewj@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiff Arkansas State Highway Employees Retirement System and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>Defendants. | Case No.: 2:13-cv-09174-MWF (VBKx)<br><br>CLASS ACTION<br><br>**DECLARATION OF TIMOTHY A. DELANGE IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:       October 5, 2015<br>Time:       10:00 a.m.<br>Judge:     Hon. Michael W. Fitzgerald<br>Courtroom: 1600 |

DeLANGE DECL. ISO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 2:13-cv-09174-MWF (VBKx)

I, Timothy A. DeLange, declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for Court-appointed Lead Plaintiff, the Arkansas State Highway Employees Retirement System ("ASHERS" or "Lead Plaintiff") in the above action. I submit this declaration in support of Lead Plaintiff's Motion for Class Certification. I am familiar with and have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. Attached in support of Lead Plaintiff's Motion for Class Certification are true and correct copies of the following:

**Exhibit A**: Expert Report of Bjorn I. Steinholt, CFA, dated June 29, 2015.

**Exhibit B**: Firm Resume of Bernstein Litowitz Berger & Grossmann LLP.

I declare that the foregoing is true and correct. Executed this 30th day of June, 2015, at San Diego, California.

*/s/ Timothy A. DeLange*
TIMOTHY A. DeLANGE