UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>　　　　　　　Defendants. | Case No.:  2:13-cv-09174-MWF (VBKx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING JOINT PROTOCOL FOR PRODUCTION OF DISCOVERY MATERIAL** |

1        Having considered the Parties' Stipulation and Proposed Order Regarding Joint
2 Protocol for Production of Discovery Material ("Stipulation"), and good cause appearing
3 therefor,
4        IT IS HEREBY ORDERED that the terms of the Stipulation will govern the
5 production of discovery material in this action.
6 DATED: _____, 2015

_____
MICHAEL W. FITZGERALD
United Stated District Judge