**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARK ROBERTI

PLAINTIFF(S),

v.

OSI SYSTEMS INC, et al.

DEFENDANT(S).

CASE NUMBER:

CV13–09174 MWF (VBKx)

**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above–entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above–entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon.   Michael R. Wilner  , Magistrate Judge for:

any discovery and/or post–judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   CV13–09174 MWF (MRWx)  . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 July 30, 2015 
Date

By:  /s/ *Madelina Guerrero* 
Deputy Clerk

G–74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER