UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>　　　　　　　Defendants. | Case No.: 2:13-cv-09174-MWF (MRWx)<br><br>CLASS ACTION<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING JOINT PROTOCOL FOR PRODUCTION OF DISCOVERY MATERIAL** |

1  Having considered the Parties' Stipulation and Proposed Order Regarding Joint
2  Protocol for Production of Discovery Material ("Stipulation"), and good cause appearing
3  therefor,
4  IT IS HEREBY ORDERED that the terms of the Stipulation will govern the
5  production of discovery material in this action.

6  DATED: July 31, 2015

7  _____
8  MICHAEL R. Wilner
   United Stated Magistrate Judge