BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
TIMOTHY A. DELANGE (Bar No. 190768)
timothyd@blbglaw.com
NIKI L. MENDOZA (Bar No. 214646)
nikim@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiff Arkansas State Highway
Employees Retirement System and Lead Counsel
for the Settlement Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>                    Defendants. | Case No.:  2:13-cv-09174-MWF<br><br>CLASS ACTION<br><br>**DECLARATION OF TIMOTHY A. DELANGE IN SUPPORT OF LEAD PLAINTIFF'S *EX PARTE* AND UNOPPOSED APPLICATION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:       Hon. Michael W. Fitzgerald<br>Courtroom:   1600 |

I, Timothy A. DeLange, declare as follows:

1.     I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for Court-appointed Lead Plaintiff, the Arkansas State Highway Employees Retirement System ("ASHERS" or "Lead Plaintiff") in the above Action. I submit this declaration in support of Lead Plaintiff's *Ex Parte* and Unopposed Application for Preliminary Approval of Class Action Settlement (the "Unopposed Application"). I am familiar with and have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2.     Following a mediation process and a Mediator's Recommendation, the parties have entered into a Stipulation and Agreement of Settlement (the "Stipulation") to resolve the Action in its entirety, subject to Court approval under Fed. R. Civ. P. 23(e). A true and correct copy of the Stipulation and its exhibits is attached hereto as Exhibit 1.

3.     The Unopposed Application is submitted *ex parte* pursuant to Judge Fitzgerald's Procedures for filing *ex parte* applications for routine exceptions to the Local Rules. The Unopposed Application seeks preliminary approval of the proposed class action settlement, such that notice of the proposed settlement can be sent to the proposed Settlement Class, and a hearing scheduled for consideration of final approval of the proposed Settlement after the Settlement Class has received notice and had an opportunity to be heard.

4.     My firm, as Lead Counsel for the Settlement Class, has conferred with Defendants' Counsel, including by telephone and e-mail on August 20, 2015, and confirmed that Defendants, who have entered into the Stipulation, do not oppose the Application.

5.     The form of the proposed Preliminary Approval Order granting the Unopposed Application – entitled [Proposed] Order Preliminarily Approving Proposed Settlement and Providing for Notice – and the forms of the class notice for mailing, the

1   class notice for publication, and the proof of claim have all been agreed to by the parties,

2   and are attached hereto as Exhibit 2.

3         6.    The contact information for Defendants' Counsel is as follows:

4   Latham & Watkins LLP
    Peter A. Wald, Esq.
5   505 Montgomery Street, Suite 2000
    San Francisco, CA 94111-6538
6   Telephone: (415) 395-8006
    Email:  peter.wald@lw.com
7   -and-
    Michele D. Johnson, Esq.
8   650 Town Center Drive, Suite 200
9   Costa Mesa, CA 92626-1924
    Telephone:  (714) 540-1235
10  Email:  michele.johnson@lw.com
11  -and-
    James H. Moon, Esq.
12  355 South Grand Ave
13  Los Angeles, CA 90071-1560
    Telephone:  (213) 891-7551
14  Email:  james.moon@lw.com

15

16

17        7.    As required by the Local Rules, I declare under oath that Lead Counsel has:

18  (a) advised counsel for all parties of the date and substance of the proposed *ex parte*

19  application, and confirmed there is no opposition; and (b) advised the Court in writing

20  and under oath (as stated herein) of efforts to contact other counsel and whether any

21  other counsel, after such advice, opposes the application.

22

23        I declare that the foregoing is true and correct.  Executed this 21st day of August,

24  2015, at San Diego, California.

25                                    */s/ Timothy A. DeLange*

26                                    TIMOTHY A. DeLANGE

27

28