BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
TIMOTHY A. DELANGE (Bar No. 190768)
timothyd@blbglaw.com
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
NIKI L. MENDOZA (Bar No. 214646)
nikim@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiff Arkansas State Highway Employees Retirement System and Lead Counsel for the Settlement Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>        Defendants. | Case No.: 2:13-cv-09174-MWF<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF'S NOTICE OF NON-OPPOSITION AND REPLY IN FURTHER SUPPORT OF: (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Judge:     Hon. Michael W. Fitzgerald<br>Courtroom: 1600<br>Date:      December 7, 2015<br>Time:      10:00 a.m. |

## I. INTRODUCTION

Lead Plaintiff, the Arkansas State Highway Employees Retirement System ("Lead Plaintiff" or "ASHERS"), respectfully submits this notice of non-opposition and reply in further support of its motion for final approval of the proposed Settlement and the proposed Plan of Allocation (ECF No. 84), and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (ECF No. 85) (collectively, the "Motions").[1]  The Settlement Class' response to the Settlement has been positive. The deadline for filing objections passed on November 16, 2015, and no objections have been filed or otherwise received.

Pursuant to the Court's September 2, 2015 Order Preliminarily Approving Proposed Settlement and Providing for Notice (the "Preliminary Approval Order," ECF No. 82), beginning on September 17, 2015, the Claims Administrator mailed more than 35,000 copies of the Court-approved Notice to potential Settlement Class Members and their nominees. The Notice set out the essential terms of the $15 million Settlement and informed potential Settlement Class Members of, among other things, their right, and deadline to, opt out of the Settlement Class or object to any aspect of the Settlement, the proposed Plan of Allocation, or Lead Counsel's request for attorneys' fees and reimbursement of Litigation Expenses.

Lead Plaintiff filed the Motions on November 2, 2015, pursuant to the Court's Preliminary Approval Order. Lead Plaintiff's motion for final approval of the Settlement explains the numerous reasons why the Settlement is fair, reasonable and adequate to the Settlement Class. Likewise, Lead Counsel's motion for fees and expenses explains why the fee request for 20% of the Settlement Amount is fair and reasonable and supported by, among other factors, the result achieved in the face of significant risks and the contingent nature of the litigation. The Motions are supported

---

[1] All capitalized terms that are not defined herein are defined in the Stipulation and Agreement of Settlement dated as of August 20, 2015 (the "Stipulation," ECF No. 81-1).

by detailed sworn declarations of Lead Counsel, Lead Plaintiff, the Claims Administrator, the expert in support of the Plan of Allocation, and the mediator who recommended the Settlement, the Honorable Layn R. Phillips (Fmr.). ECF Nos. 84, 85, 86.

As set forth in the Notice, the deadline for any objections or requests for exclusion from the Settlement Class was November 16, 2015. With the passing of that deadline, and the absence of any objections, the Settlement Class' support for the Settlement, the Plan of Allocation, and the fee and expense application is beyond question. "[T]he absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members." *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (citation omitted).

In addition, Lead Plaintiff's expert estimates that more than 85% of the OSI common stock shares outstanding during the Settlement Class Period were held by institutional investors. Such sophisticated institutional investors typically possess the resources and acumen to consider the merits of a proposed class action settlement. The absence of any objections from this sophisticated group of investors – combined with the affirmative support from the sophisticated institutional investor Lead Plaintiff ASHERS – is further evidence of the fairness of the Settlement.

Further, only one request for exclusion has been received.[2] The dearth of exclusion requests and absence of any objections further support the fairness, reasonableness and adequacy of the Settlement, and support approval of the Motions.

Based on the foregoing and the entire record herein, Lead Plaintiff respectfully requests that the Court approve the Settlement and Plan of Allocation as fair, reasonable

---

[2] The individual who requested exclusion, William Montanez, is listed on Exhibit 1 to the parties' agreed-upon form of proposed Judgment submitted herewith. His exclusion request indicates that he bought, and sold for a profit, a total of 600 shares during the Settlement Class Period.

and adequate and in the best interests of the Settlement Class, and grant Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses.

For the Court's convenience, Lead Plaintiff submits herewith the parties' agreed-upon form of proposed Judgment, a proposed order approving the Plan of Allocation, and a proposed order approving Lead Counsel's fee and expense application.

Dated:  November 30, 2015			Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
	& GROSSMANN LLP


	*/s/ Richard D. Gluck*
	RICHARD D. GLUCK

Blair A. Nicholas (Bar No. 178428)
blairn@blbglaw.com
Timothy A. DeLange (Bar No. 190768)
timothyd@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Niki L. Mendoza (Bar No. 214646)
nikim@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiff Arkansas State Highway Employees Retirement System and Lead Counsel for the Settlement Class*