UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK ROBERTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA,<br><br>Defendants. | Case No. 2:13-cv-09174-MWF |

## [PROPOSED] ORDER GRANTING LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

WHEREAS, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Fee Motion," ECF No. 85) came before the Court for hearing on December 7, 2015, pursuant to the Court's Order

Preliminarily Approving Proposed Settlement and Providing for Notice dated September 2, 2015 ("Preliminary Approval Order," ECF No. 82), and due and adequate notice having been given to the Settlement Class as required by the Preliminary Approval Order, and the Court, having read and considered the Fee Motion and supporting declarations and exhibits and being fully informed of the related proceedings, now FINDS, CONCLUDES AND ORDERS as follows:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement (the "Stipulation," ECF No. 81-1), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Members of the Settlement Class.

3. Notice of the Fee Motion was directed to Settlement Class Members in a reasonable manner and complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

4. Settlement Class Members have been given the opportunity to object to the Fee Motion in compliance with Federal Rule of Civil Procedure 23(h)(2).

5. The Fee Motion is hereby GRANTED.

6. The Court hereby awards attorneys' fees in the amount of 20% of the Settlement Amount, plus interest earned at the same rate and for the same time period as the Settlement Fund, to be paid from the Settlement Fund.  The Court finds that an award of attorneys' fees of 20% is fair and reasonable in light of the following factors, among others:  the contingent nature of the case; the risks of this complex litigation; the quality of the legal services rendered; the benefits obtained for the Settlement Class; the institutional Lead Plaintiff's support of the fee and expense application; the fees awarded in similar actions; and the reaction of the Settlement Class.  Further, the requested award of attorneys' fees is also supported by a lodestar

multiplier cross-check.  The fee award is further justified by the risk Lead Counsel undertook and the results it achieved for the Settlement Class through the quality of its representation of Lead Plaintiff and the Settlement Class in this complex litigation.

7. The Court also grants Lead Counsel's request for reimbursement of Lead Counsel's Litigation Expenses in the amount of $130,205.34, plus interest earned at the same rate and for the same time period as the Settlement Fund, to be paid from the Settlement Fund.  The Litigation Expenses incurred by Lead Counsel have been adequately documented and were reasonably incurred for the benefit of the Settlement Class, and the Court finds that the reimbursement of those expenses is justified.

8. Pursuant to Paragraph 19 of the Stipulation, the attorneys' fees and Litigation Expenses awarded above in Paragraphs 6 and 7 may be paid to Lead Counsel from the Escrow Account immediately after entry of this Order, subject to Lead Counsel's obligation to make appropriate refunds or repayments as set forth in Paragraph 19 of the Stipulation.

9. The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or an appeal from this Order.

10. There is no just reason for delay in the entry of this Order, and immediate entry of this Order by the Clerk of the Court is expressly directed.

SO ORDERED this _____ day of _____, 2015.

_____
Honorable Michael W. Fitzgerald
United States District Judge