UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 13-9174-MWF(VBKx)**                                Dated: **December 7, 2015**

Title:      Mark Roberti -v- OSI Systems, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Richard D. Gluck                                         Peter A. Wald
                                                                     James H. Moon

**PROCEEDINGS:**   MOTION FOR SETTLEMENT APPROVAL OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION [84]; MOTION FOR ATTORNEY FEES AND REIMBURSEMENT OF LITIGATION EXPENSES [85]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance.  The Court hears oral argument from counsel and takes the matter under submission.

Initials of Deputy Clerk   rs

-1-                                      :02  min